IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-00464

BRYAN ANDERSON,

    Plaintiff,

v.

HELIX TECHNOLOGIES, INC.,
ZACHARY L. VENEGAS,
SCOTT OGUR,
GARVIS W. TOLER III,
STEVE JANJIC,
PAUL E. HODGES,
ANDREW W. SCHWEIBOLD, and
SATYAVRAT JOSHI,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Bryan Anderson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

2

Dated: October 25, 2021                                    Respectfully submitted,

/s/ Richard A. Acocelli
Richard A. Acocelli
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

2